Cause # 1283854R

Appellate case # 06-13-00077-CR

FILED IN
The Court of Appeals
Sixth District

AUG 1 0 2015

Texarkana, Texas
Debra K. Autrey, Clerk

State of Texas

v

James Wesley Brooks Jackson
€Pro-se Defendant

Court of Appeals
Sixth Appellate District
State of Texas
Texarkana, Texas
Re: Cause # 1283854R

## Motion to obtain Copy of Judicial Records and exhibits.

: To the Honorable Court:

Comes Now James Wesley Brooks Jackson, Pro-se defendant in the above titled, and Numbered cause, files Motion to obtain copy of Judicial Records, and Exhibits, So that he may pursue an intelligent, and meaningful Application for writ of Habeas Corpus, seeking relief from his final conviction, under code of criminal procedure Article 11.07, and in support there of show the following:

## I

The defendant was convicted and sentenced to life without the possibility of parole in the 372nd District Court, and is currently In the custody of the Texas Department of Criminal Justice Correctional - Institutional Division for Capitol Murder.

## II

The Judicial Records and Exhibits ("The Records") are part of the courts records under this Cause of Conviction.

## III

Defendant, through his appointed appellate attorney, filed his appeal, and was subsequently affirmed on or about the fourth day of February 2014

## IV

Defendant is indigent, and was declared indigent at time of trial, and is unable to purchase the records.

## V

Defendant is unable to pursue an intelligent and meaningful application for writ of Habeas Corpus seeking relief from his final conviction under Code of Criminal Justice procedure, Article 11.07, without the records

## VI

Griffin v. Illinois 351 US 12, 76 S ct. 585, loo L Ed. 891 (1956) States, "If the state affords criminal defendants a right to appeal, indigent defendants must be provided with a free transcript or other equivalent means of review.

## VII

Where premisis considered, defendant prays this Honorable Court Grants his motion to obtain copy of Judicial Records and exhibits, so that he may successfully pursue an intelligent and meaningful application for writ of Habeas Corpus, seeking relief from his final conviction under the code of Criminal Justice Procedure Article 11.07, and in the name of Justice.

Respectfully yours
and Submitted

*James W.B. Jackson*

James W.B. Jackson
TDCJ No: 1841911
Polunsky Unit
3872 F.M. 350 S.
Livingston, Texas
77351

### Unsworn Declaration

I James Wesley Brooks Jackson, pro-se defendant, being presently incarcerated in the Texas Department of Criminal Justice, Polk County Texas, declare under penalty of perjury that the allegations presented here in this Motion to obtain Copy of Judicial Records and Exhibits, are true and correct. Executed on this 3rd (Third) day of August, 2015

*James W.B. Jackson*

James W.B. Jackson
TDCJ # 1841911